UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------- x

KENDRA HARRIS,

                      Plaintiff,

    -against-

CITY OF NEW YORK, et al.,

                Defendants.

------------------------------------------------------- x

**DECLARATION OF
SHIRA R. SISKIND IN SUPPORT OF
DEFENDANTS' MOTION FOR SUMMARY
JUDGEMENT**

16 CV 1214 (PKC) (JO)

Pursuant to 28 U.S.C. § 1746, I declare as follows:

1. I am an Assistant Corporation Counsel in the Office of Zachary W. Carter, Corporation Counsel of the City of New York, attorney for defendants The City of New York Shartisia Steward and Vanessa Carpenter. As such, I am familiar with the facts stated below. I submit this declaration in support of Defendants' Partial Motion for Summary Judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure.

2. Annexed hereto as Exhibit "A" is a copy of excerpts from the transcript of plaintiff Kendra Harris's 50-H hearing dated February 12, 2014.

3. Annexed hereto as Exhibit "B" is a copy of a recording of plaintiff from the Civilian Complaint Review Board.

4. Annexed hereto as Exhibit "C" is a copy of the Declined Prosecution form prepared by the Brooklyn County District Attorney's Office, dated March 28, 2013, which states, *inter alia*, that marijuana was found in the center console ashtray of the car in which plaintiff was a passenger.

5. Annexed hereto as Exhibit "D" is a copy of the property clerk invoice vouchering the vehicle in which plaintiff was a passenger as a 2000 Chevrolet two-door sedan.

6. Annexed hereto as Exhibit "E" is a copy of the online prisoner arraignment form for plaintiff.

7. Annexed hereto as Exhibit "F" is a copy the original complaint, which was filed in this action on March 10, 2016.

8. Annexed hereto as Exhibit "G" is a copy of the first amended complaint, filed on November 8, 2016, which names Lt. Gebbia as a defendant for the first time, 7 months after the statute of limitations had expired.

9. Annexed hereto as Exhibit "H" is a copy of the second amended complaint, filed on May 9, 2017.

10. Annexed hereto as Exhibit "I" is a copy of a property clerk invoice vouchering the recovered marijuana.

11. Annexed hereto as Exhibit "J" is a copy of a property clerk invoice vouchering the fraudulent documents recovered from S.P. and T.G.

12. I declare under penalty of perjury, that the foregoing is true and correct.

Executed on this 14th day of July 2017.

Shira R. Siskind
*Assistant Corporation Counsel*