UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------x

KENDRA HARRIS,

                               Plaintiff,

      -against-

POLICE OFFICER SHARTISIA LEWIS; DETECTIVE VANESSA CARPENTER,[1]

                               Defendants.
-------------------------------------------------------------------------x

**NOTICE OF DEFENDANTS' MOTIONS** *IN LIMINE*

16 CV 1214 (PKC) (JO)

       **PLEASE TAKE NOTICE** that upon the Declaration of Nakul Y. Shah, and the exhibits annexed thereto; the accompanying Memorandum of Law; and upon all prior pleadings and proceedings had herein, defendants Police Officer Shartisia Lewis and Detective Vanessa Carpenter will move this Court before the Honorable Pamela K. Chen, United States District Judge, at the United States Courthouse for the Eastern District of New York, in advance of trial for an Order granting Defendants' Motions *in Limine*, and such other and further relief as the Court deems just and proper.

---

[1] The caption has been amended to reflect the only defendant remaining in this action following the Court's Opinion and Order dated September 18, 2018. (<u>See</u> Civil Docket Entry No 45.)

**PLEASE TAKE FURTHER NOTICE,** that by agreement of the parties, plaintiff's opposition is due on or before September 9, 2019.

Dated:  New York, New York
        September 3, 2019

                                        GEORGIA M. PESTANA
                                        Acting Corporation Counsel
                                            of the City of New York
                                        *Attorney for Defendants Police Officer*
                                        *Shartisia Lewis, Detective Vanessa Carpenter*
                                        100 Church Street, Rm. 3-209
                                        New York, New York 10007
                                        (212) 356-2375
                                        nakshah@law.nyc.gov

                                        By:         /s/
                                            _____
                                            NAKUL Y. SHAH
                                            Assistant Corporation Counsel
                                            Special Federal Litigation Division

TO:  Robert Marinelli, *Attorney for Plaintiff*
     305 Broadway, 9th Floor
     New York, NY 10007 (by ECF)

     Gregory William Zenon, *Attorney for Plaintiff*
     Law Office of Gregory Zenon
     30 Wall Street, 8th Floor
     New York, NY 10005 (by ECF)